UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI ABDUL COLEMAN,<br><br>Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN, et al.,<br><br>Respondents. | No. 2:16-cv-0652 MCE AC P<br><br><br><br>ORDER |

On September 12, 2022, petitioner filed a motion for relief from judgment and request for the appointment of counsel. ECF No. 31. Several documents, including what appears to be part of the original petition filed in March 2016, are attached. Id. at 5-53.

This petition for writ of habeas corpus was dismissed on March 21, 2018. ECF Nos. 24, 25. Thereafter, petitioner's request for a certificate of appealability was denied by the Ninth Circuit for failure to state a claim upon which relief could be granted. ECF No. 30. For these reasons, the documents filed by petitioner will be disregarded. No orders will issue in response to future filings.

DATED: September 20, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE